FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE MANOR, | ) | NO. CV 11-5427-AG(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| S. ALEXANDER, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

DATED: _Oct 27_, 2011.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  EDDIE MANOR,                    )   NO. CV 11-5427-AG(E)
                                    )
12              Plaintiff,          )
                                    )
13       v.                         )   REPORT AND RECOMMENDATION OF
                                    )
14  S. ALEXANDER, et al.,           )   UNITED STATES MAGISTRATE JUDGE
                                    )
15              Defendants.         )
                                    )
16  _____)
17
18       This Report and Recommendation is submitted to the Honorable
19  Andrew J. Guilford, United States District Judge, pursuant to
20  28 U.S.C. section 636 and General Order 05-07 of the United States
21  District Court for the Central District of California.
22
23                             **BACKGROUND**
24
25       Plaintiff, a state prisoner, filed this civil rights complaint on
26  July 5, 2011. The Court dismissed the Complaint with leave to amend
27  by "Memorandum and Order, etc.," filed August 10, 2011. The
28  Memorandum and Order provided:

1  If Plaintiff still wishes to pursue this action, he is
2  granted thirty (30) days from the date of this Order within
3  which to file a First Amended Complaint. . . . Failure to
4  file a timely First Amended Complaint may result in the
5  dismissal of the action.
6
7 Plaintiff failed to file a First Amended Complaint within the allotted
8 time.
9
10 **DISCUSSION**
11
12  The action should be dismissed without prejudice. The original
13 Complaint is defective for the reasons stated in the Memorandum and
14 Order. Plaintiff has failed to file an Amended Complaint, despite a
15 Court Order that he do so. The Court has inherent power to achieve
16 the orderly and expeditious disposition of cases by dismissing actions
17 for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30
18 (1962); <u>see</u> Fed. R. Civ. P. 41(b).
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**RECOMMENDATION**

For the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) accepting and adopting this Report and Recommendation; and (2) dismissing the action without prejudice.

DATED: September 22, 2011.

                              /s/
                       CHARLES F. EICK
                  UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.