FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE MANOR, | NO. CV 11-5427-AG(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| S. ALEXANDER, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: Oct 27, 2011.

/s/ Andrew J. Guilford
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE